# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTONIO JOHNSON
ADC #104400                                                                           PLAINTIFF

v.                              Case No. 4:18-cv-00345 KGB-PSH

BRANDON GRIMES, *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court therefore dismisses without prejudice plaintiff Antonio Johnson's complaint for failure to state a claim upon which relief may be granted (Dkt. No. 2). The Court finds that this dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

It is so ordered this 2nd day of October, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge