IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANTONIO JOHNSON
ADC #104400**     **PLAINTIFF**

v.     Case No. 4:18-cv-00345 KGB-PSH

**BRANDON GRIMES,** *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Antonio Johnson's complaint is dismissed without prejudice.

So adjudged this 2nd day of October, 2018.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge